No. 01–5897. NGOC BICH NGUYEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5903. FULCHER, AKA FERGUSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5905. FROELICH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5906. FLORES-GONZALES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–5908. ALMENDAREZ-RODRIGUEZ v. UNITED STATES; CHAVEZ-MENDOZA v. UNITED STATES; CRESPO-DIAZ v. UNITED STATES; GUTIERREZ-VARELA v. UNITED STATES; and HERNANDEZ-PALACIOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 263 F. 3d 166.

No. 01–5909. MOSLEY v. UNITED STATES; and
No. 01–5980. HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 260 F. 3d 621.